

IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

IN PROCEEDINGS:

2312376

DEBTOR(S):

ROSSLYN BRENDIX BROWN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $612.94

CREDITOR'S SIGNATURE:

*/s/ Lore'l Thompson*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

4/27/2023