**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**IN THE MATTER OF:**

|  |  |
|---|---|
| **Rosslyn Brown** | **CASE NO.: 23-12376-PGH**<br>**CHAPTER 13** |

**_____Debtor_____/**

## CERTIFICATE OF SERVICE

I, Matis H. Abarbanel, attorney for the above-referenced debtor, hereby certify that on June 2, 2023, I electronically filed the Certificate of Service regarding the First Amended Plan [ECF No. 26] and Amended Schedules [ECF No. 27] with the United States Bankruptcy Court for the Southern District of Florida using the CM/ECF System.  I have served the foregoing on the following CM/ECF participants:

Office of the US Trustee - USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner - ecf@ch13weiner.com, ecf2@ch13weiner.com

I certify that on June 2, 2023 I have mailed via first-class mail, postage prepaid, the documents electronically filed with the Court on parties listed on the attached matrix.

Submitted by:

**LOAN LAWYERS, LLC**
3201 Griffin Road, Suite 100
Fort Lauderdale, Florida 33312
Telephone: (954) 523-4357
Fax: (954) 337-2436
Email: yanique@fight13.com

By: **/s/ Matisyahu Abarbanel. Esq.**
Matisyahu Abarbanel. Esq
Florida Bar No. 130435
Yanique Johnson, Esq.
Florida Bar No. 63939

Label Matrix for local noticing
113C-0
Case 23-12376-PDR
Southern District of Florida
Fort Lauderdale
Wed Apr  5 16:04:15 EDT 2023

Avalon Master Homeowener Association Inc
C/ United Community MGMT
POB 620606
Orlando, FL 32862-0606

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Cb/comenit
Attn: Bankruptcy
Po Box 182789
Columbus, OH 43218-2789

Cb/comenit
Po Box 182789
Columbus, OH 43218-2789

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 30939
Salt Lake City, UT 84130-0939

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Genesis FS Card Services
Po Box 4499
Beaverton, OR 97076-4499

IRS
POB 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Mercury/FBT
Po Box 84064
Columbus, GA 31908-4064

Midnight Velvet/Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

Midnight Velvet/Swiss Colony
Attn: Bankruptcy
1112 Seventh Ave
Monroe, WI 53566-1364

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Select Portfolio Servicing
C/O Corporation Service Company (RA)
1201 Hays Street
Tallahassee, FL 32301-2699

Stevens & Goldwyn, P.A.
C/O Joseph Pustizzi, Esq.
2 South University Drive, Suite 315
Plantation, FL 33324-3307

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

US Bank National Association
C/O C T Corporation System (RA)
1200 South Pine Island Road
Plantation, FL 33324-4413

US Bank National Association
C/O De Cubas & Lewis, PA
POB 771270
Coral Springs, FL 33077-1270

US Bank National Association
C/O Select Portfolio Servicing Inc.
Attn: Bankruptcy Department
POB 65250
Salt Lake City, UT 84165-0250

United Community Management Corp (RA)
11784 West Sample Road, #103
Coral Springs, FL 33065-3122

Matis H Abarbanel
3201 Griffin Road
Suite 100
Ft. Lauderdale, FL 33312-6900

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

Rosslyn Brendix Brown
10507 SW 19th Street
Miramar, FL 33025-1753


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

(d)Chase Card Services
Po Box 15369
Wilmington, DE 19850

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348


(d)Mission Lane LLC
Po Box 105286
Atlanta, GA 30348

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31